IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,    ) ) ) | CIVIL ACTION NO. |
| Plaintiff,    ) ) | |
| v.    ) ) | COMPLAINT 03-2177 |
| GALLIANO MARINE SERVICES, L.L.C.,    ) ) ) | |
| Defendant.    ) ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 as amended, to correct unlawful employment practices on the basis of race and to provide appropriate relief to Arvan James White, who was adversely affected by such practices. Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission") alleges that Arvan James White was subjected to a racially hostile work environment by Galliano Marine Services, L.L.C., ("Defendant") in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Louisiana.

## PARTIES

3.Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.At all relevant times, Defendant, Galliano Marine Services, L.L.C., (the "Employer" or " Galliano"), has continuously been a domestic corporation doing business in the City of Galliano, State of Louisiana, and has continuously had at least 15 employees.

5.At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.More than thirty days prior to the institution of this lawsuit, Arvan James White filed a charge with the Commission alleging violations of Title VII of the Civil Rights Act of 1964, as amended, by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.From approximately July 1999, through November 1999, Defendant Employer engaged in unlawful employment practices in Galliano, Louisiana, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). The unlawful employment practices also extended to Defendant's vessels while out at sea. The unlawful practices involved subjecting Arvan James White to racial harassment and a racially hostile work environment. Specifically, the harassment consisted of unwelcome racial comments from Defendant's supervisor(s) and Mr.

White's co-workers. The tenor of the racial comments, given the instances of potential isolationism while at sea, rendered the environment hostile and potentially unsafe.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Arvan James White of equal employment opportunities and otherwise adversely affect his status as an employee, because of his race.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Arvan James White.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in racial harassment and any other employment practice which discriminate on the basis of race.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for blacks, free from racial harassment, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Arvan James White by awarding appropriate backpay with prejudgement interest, in amounts to be proven at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole Arvan James White by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above.

E. Order Defendant Employer to make whole Arvan James White by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F. Order Defendant Employer to pay Arvan James White and the Commission, punitive damages for its malicious and reckless conduct, as described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

GWENDOLYN YOUNG REAMS
Associate General Counsel
No Bar Roll Number Assigned

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

KEITH T. HILL
Regional Attorney
Bar Roll No. 15200000

*Michelle T. Butler* (signature)
MICHELLE T. BUTLER
Supervisory Trial Attorney
La. Bar Roll Number 1286

*Pamela Alfred-George* (signature)
PAMELA ALFRED-GEORGE
Senior Trial Attorney
La. Bar Roll Number 16784

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
New Orleans District Office
701 Loyola Avenue, Suite 600
New Orleans, Louisiana 70113-9936
Telephone:    (504) 589-6817
              (504) 589-2011
Facsimile:    (504) 589-2805